# Court of Appeals
# of the State of Georgia

ATLANTA,    August 28, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2514.  ANITA RHODES v. DEVAN KIMANI BROWN.**

Following a car accident, Anita Rhodes sued Devan Kimani Brown in magistrate court.  The magistrate court entered judgment in favor of Rhodes, and Rhodes's uninsured motorist carrier filed a de novo appeal to the state court.  The state court dismissed the case, and Rhodes filed this direct appeal.  Appeals from state court orders reviewing decisions of the magistrate court, however, must be taken by application for discretionary review.  See OCGA § 5-6-35 (a) (11); *Salaam v. Nasheed*, 220 Ga. App. 43 (469 SE2d 245) (1996).  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 08/28/2012
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*